# United States Court of Appeals
## For the First Circuit

No. 15-1982

KATHLEEN BURNS,

Plaintiff, Appellant,

v.

JEH JOHNSON, Secretary, United States Department of Homeland Security, Transportation Security Administration,

Defendant, Appellee,

DAVID JOHNSON, Supervisory Air Marshal, in his individual and official capacities,

Defendant.

---

**ERRATA SHEET**

The opinion of this Court issued on July 11, 2016, is amended as follows:

On page 10, line 13, "Count VI, on May 8" is changed to "Count VI on May 9".

On page 11, line 18, "[his or her] compensation terms" is changed to "his [or her] compensation, terms".